AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**UNITED STATES OF AMERICA,**

V.  CASE NUMBER: **08-C-120**
**(06-Cr-5)**

**SAMUEL LEON THURMAN**,

Movant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that Samuel Leon Thurman's petition pursuant to Title 28, United States Code, Section 2255, is DENIED. This action is hereby DISMISSED.**

| **February 14, 2008** | **JON W. SANFILIPPO** |
|---|---|
| Date | Clerk |

 s/ Linda M. Zik
 (By) Deputy Clerk