# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**UNITED STATES OF AMERICA,**

      V.                              CASE NUMBER: **08-C-120**
                                                            **(06-Cr-5)**

**SAMUEL LEON THURMAN**,

             Movant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED **that Samuel Leon Thurman's petition pursuant to Title 28, United States Code, Section 2255, is DENIED. This action is hereby DISMISSED.**

      **February 14, 2008**                               **JON W. SANFILIPPO**
Date                                                      Clerk

                                                                 s/ Linda M. Zik
                                                                 (By) Deputy Clerk